IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
MARKEL INSURANCE COMPANY,       )
                                )
            Plaintiff,          )         8:14CV297
                                )
       v.                       )
                                )
JENNIFER SCHMADERER,            )         ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the joint stipulation and motion for dismissal (Filing No. 17). The Court finds the stipulation should be approved and adopted and the motion should be granted. Accordingly,

IT IS ORDERED:

1) The stipulation is approved and adopted; the motion for dismissal is granted.

2) Plaintiff's declaratory judgment claim against defendant is dismissed without prejudice.

3) Defendant's counterclaim against plaintiff is dismissed with prejudice.

4) This action is dismissed, each party to bear their own costs and attorney fees.

DATED this 1st day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court